IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESSE LEE WADE,<br><br>    Plaintiff,<br><br>vs.<br><br>TECUMSEH STATE CORRECTIONAL INSTITUTION,<br><br>    Defendant. | 4:17CV3002<br><br>**MEMORANDUM AND ORDER** |

  This matter is before the court on Plaintiff's motion for extension of time to file an amended complaint. ([Filing No. 8](#).) Plaintiff seeks a 4-6 month extension of time to file an amended complaint. Plaintiff seeks such a lengthy continuance so that he can research and prepare his amended complaint, and so that he can collect through the prison grievance process the information that the court identified in its previous order (*See* [Filing No. 7](#)) necessary for Plaintiff to successfully state a claim upon which relief may be granted.

  The court has granted Plaintiff one 30-day extension. The court will grant Plaintiff an additional 90-day extension to file an amended complaint. Absent exceptional circumstances, no further extensions will be allowed.

  IT IS THEREFORE ORDERED that:

  1. Plaintiff shall file an amended complaint that states a claim upon which relief may be granted no later than **July 20, 2017**. Failure to file an amended complaint within the time specified by the court will result in the court dismissing this case without further notice to Plaintiff.

2. The clerk of the court is directed to set a pro se case management deadline using the following text: **July 20, 2017**, check for amended complaint.

Dated this 17th day of April, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge