IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JESSE LEE WADE, | |
|---|---|
| Plaintiff, | 4:17CV3002 |
| vs. | |
| TECUMSEH STATE CORRECTIONAL INSTITUTION, JANE DOE NO. 1, JOHN DOE NO. 2, JOHN DOE NO. 3, JOHN DOE NO. 4, JOHN DOE NO. 5, JANE DOE NO. 6, and JOHN DOE NO. 7, | MEMORANDUM AND ORDER |
| Defendants. | |

On August 8, 2017, the court ordered Plaintiff to file a second amended complaint no later than August 22, 2017, or face dismissal of this action. ([Filing No. 11](#).) The court previously granted Plaintiff a total of 120 days to file an amended complaint. ([Filing No. 7](#); [Filing No. 9](#).) Each time the court specified to Plaintiff the deficiencies in his pleadings. To date, Plaintiff has not filed a second amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

Dated this 13th day of September, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge